UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CURTIS M. VIRGES | CIVIL ACTION NO. 07cv797-FJP-SCR |
| | (consolidated with CV 08-356-FJP-SCR) |
| VERSUS | JUDGE POLOZOLA |
| | |
| THE TITAN COMPANY, TITAN TRUCKS, INC., MICHAEL A. MINTER and GREAT WEST CASUALTY COMPANY | MAGISTRATE JUDGE RIEDLINGER |

## ORDER

Considering the foregoing MOTION FOR AND JUDGMENT OF DISMISSAL WITH PREJUDICE:

It is hereby ordered, adjudged and decreed that the above entitled and numbered cause has been fully compromised with respect to all claims made by Curtis M. Virges and Deanna L. Virges against Titan Company, Titan Trucks, Inc. and Great West Casualty Company and should now be dismissed, with prejudice, with Defendants to bear the court costs.

Baton Rouge, Louisiana, October 16, 2008.

_____
**JUDGE FRANK J. POLOZOLA**