UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. LA

2009 APR 22 A 10:17

BY DEPUTY CLERK

CURTIS M. VIRGES

VERSUS

THE TITAN COMPANY, ET AL

CIVIL ACTION

NUMBER 07-797-FJP-SCR

### RULING

After reviewing the entire record in this case, the Court finds that there are material issues of fact in dispute which preclude the Court from granting a summary judgment at this time. The Court notes the following issues, among others, are in dispute: (1) whether the vehicle that struck plaintiff's vehicle was actually stopped; and (2) whether the vehicle that struck plaintiff's vehicle was stopped at a reasonable and sufficient distance from plaintiff's vehicle at the time of the accident.

Therefore:

IT IS ORDERED that the motion of Malcolm Tony Pierce, House of Raeford Farms, Inc., and Zurich American Insurance Company, is denied.

Baton Rouge, Louisiana, this 21 day of April, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45968